■ In the Matter of KEITH BUSH, Appellant, v ROBERT DENNISON, as Chairman of New York State Division of Parole, Respondent. [803 NYS2d 478]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered August 3, 2004 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition to review the determination of respondent denying petitioner's request for release to parole.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Ansari v Travis*, 9 AD3d 901 [2004], *lv denied* 3 NY3d 610 [2004]). Present—Kehoe, J.P., Martoche, Pine, Lawton and Hayes, JJ.

■ JEFFREY J. HOWELL et al., Respondents, v SHERYL A. HUSS et al., Appellants, et al., Defendant. [803 NYS2d 478]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), dated January 7, 2005 in a personal injury action. The order, insofar as appealed from, denied the motion of defendants Sheryl A. Huss and Cortese Dodge, Inc. to dismiss the action on the ground of forum non conveniens.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Kehoe, J.P., Martoche, Pine, Lawton and Hayes, JJ.